B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Michael H. Rose
                                        Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| B3-Trust<br>12649 West Regan Road<br>Mokena, IL 60448 | Kevin Prunsky<br>B3-Trust<br>12649 West Regan Road<br>Mokena, IL 60448 | Guaranty of Loan | | 1,500,000.00 |
| Bank of America<br>P.O. Box 15220<br>Wilmington, DE 19886-5220 | Bank of America<br>P.O. Box 15220<br>Wilmington, DE 19886-5220 | Guaranty of Loan | | 1,306,874.00 |
| Bridgeview Bank<br>4753 N. Broadway<br>Chicago, IL 60640 | Bridgeview Bank<br>4753 N. Broadway<br>Chicago, IL 60640 | Guaranty of Loan | | 1,979,389.00 |
| Burr Ridge Bank<br>7020 S. County Line Road<br>Burr Ridge, IL 60527 | Barry Glancy<br>Burr Ridge Bank<br>7020 S. County Line Road<br>Burr Ridge, IL 60527<br>630-789-4456 | Guaranty of Loan | | 2,571,366.00 |
| Centier Bank<br>9701 Indianapolis Blvd.<br>Highland, IN 46322 | Zoran Koricanac<br>Centier Bank<br>9701 Indianapolis Blvd.<br>Highland, IN 46322<br>219-922-2410 | Guaranty of Loan | | 25,895,713.00 |
| Charter One (RBS Citizens)<br>71 S. Wacker Drive<br>Chicago, IL 60606 | Shawn Dubinsky<br>Charter One (RBS Citizens)<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>312-777-3445 | Guaranty of Loan | | 1,799,088.00 |
| Citizens Financial Bank<br>3853 45th Street<br>Highland, IN 46322 | Scott Casbon<br>Citizens Financial Bank<br>3853 45th Street<br>Highland, IN 46322<br>219-513-5407 | Guaranty of Loan | | 3,000,000.00 |
| Directed Capital<br>333 Third Avenue North<br>Saint Petersburg, FL 33731-0299 | Mike McGinn<br>Directed Capital<br>333 Third Avenue North<br>Saint Petersburg, FL 33731-0299<br>727-341-8384 | Guaranty of Loan | | 7,600,351.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Michael H. Rose   Case No.   _____
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| EverBank<br>10912 S. Western Ave.<br>Chicago, IL 60643 | Jim Vozza<br>EverBank<br>10912 S. Western Ave.<br>Chicago, IL 60643<br>773-239-3385 | Guaranty of Loan | | 1,493,364.00 |
| Evergreen Bank Group<br>1515 W. 22nd St.<br>Suite 100W<br>Oak Brook, IL 60523 | Mary Henthorn<br>Evergreen Bank Group<br>1515 W. 22nd St.<br>Suite 100W<br>Oak Brook, IL 60523<br>630-413-9586 | Guaranty of Loan | | 3,173,805.00 |
| First Bank of the Palm Beaches<br>P.O. Box 2947<br>West Palm Beach, FL 33402-2947 | First Bank of the Palm Beaches<br>P.O. Box 2947<br>West Palm Beach, FL 33402-2947 | Residential Mortgage | | 642,148.83 |
| First Merit Bank<br>501 W. North Avenue<br>Melrose Park, IL 60160 | Tom Maxwell<br>First Merit Bank<br>501 W. North Avenue<br>Melrose Park, IL 60160 | Guaranty of Loan | | 14,904,325.00 |
| Great Lakes Bank<br>13057 S. Western Avenue<br>Blue Island, IL 60406 | Derrick Mars<br>Great Lakes Bank<br>13057 S. Western Avenue<br>Blue Island, IL 60406<br>708-283-7381 | Guaranty of Loan | | 721,856.00 |
| Midland States Bank<br>38 West Countryside Pkwy.<br>Yorkville, IL 60560 | Matt Dennison<br>Midland States Bank<br>38 West Countryside Pkwy.<br>Yorkville, IL 60560<br>630-553-7217 | Guaranty of Loan | | 3,802,993.00 |
| Moross Limited Partnership<br>725 Gulf Shore Drive<br>Unit 203A<br>Destin, FL 32541 | Stanley Dickson<br>Moross Limited Partnership<br>725 Gulf Shore Drive<br>Unit 203A<br>Destin, FL 32541 | Guaranty of Loan | | 2,500,000.00 |
| Park Federal Bank<br>5400 S. Pulaski<br>Chicago, IL 60632 | Rick Remijas<br>Park Federal Bank<br>5400 S. Pulaski<br>Chicago, IL 60632<br>773-582-8200 | Guaranty of Loan | | 1,089,863.00 |
| Symetra Financial<br>777 108th Ave. NE<br>Suite 1200<br>Bellevue, WA 98004-5135 | Vin Reilly<br>Symetra Financial<br>777 108th Ave. NE<br>Suite 1200<br>Bellevue, WA 98004-5135 | Guaranty of Loan | | 6,981,552.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Michael H. Rose                                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TCF Bank<br>17440 College Parkway<br>Livonia, MI 48152 | Robert Henry<br>TCF Bank<br>17440 College Parkway<br>Livonia, MI 48152 | Guaranty of Loan | | 13,162,530.00 |
| US Bank<br>11 W. Madison<br>Oak Park, IL 60302 | Nick Ocepek<br>US Bank<br>11 W. Madison<br>Oak Park, IL 60302<br>708-445-3265 | Guaranty of Loan | | 35,767,238.00 |
| WinTrust Bank<br>1180 East Higgins Road<br>Schaumburg, IL 60173 | Ursula Moncau<br>WinTrust Bank<br>1180 East Higgins Road<br>Schaumburg, IL 60173<br>630-295-9111 | Guaranty of Loan | | 5,914,839.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Michael H. Rose, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   7-13-2014                     Signature   /s/ Michael Rose
                                                 Michael H. Rose
                                                 Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.